UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMNIA IBRAHIM,

Plaintiff,

-against-

GRASSHOPPER BANK, N.A., MICHAEL BUTLER,
CHRISTOPHER MASTRANGELO, JASON BOOVA,
And LYNN GIBSON,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __6/9/2026__

26 Civ. 4795 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

Defendants Grasshopper Bank, N.A., Michael Butler, Christopher Mastrangelo, Jason Boova, and Lynn Gibson (collectively "Defendants") removed this action from Supreme Court, New York County, to this Court pursuant to 28 U.S.C. §§ 1332 and 1441. *See* Notice of Removal ("NOR"), ECF No. 1. Defendants state that they accepted service of the complaint in state court on May 7, 2026, and so because the NOR was "filed within 30 days after Defendants accepted service of the [c]omplaint," it "is therefore timely pursuant to 28 U.S.C. § 1446(b)." *Id.* ¶¶ 18–19. Defendants indicate that they "will serve copies of th[e NOR] upon Plaintiff." *Id.* ¶ 21.

By **June 12, 2026**, Defendants shall serve Plaintiff with a copy of the NOR and accompanying exhibits. By **June 15, 2026**, Defendants shall file proof of such service on the docket. By **June 23, 2026**, Plaintiff shall indicate whether she contests removal.

SO ORDERED.

Dated: June 9, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge